**James Bragg NEWMAN,**
**Plaintiff–Appellant,**

v.

**Joel ZIEGLER, Warden,**
**Defendant–Appellee.**

No. 11–6040.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 27, 2011.

James Bragg Newman, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Bragg Newman, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Newman v. Ziegler*, No. 1:10–cv–00090–IMK–JES (N.D.W.Va. Dec. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED.